USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

NANA AGYEMAN,

        Defendant.

21 Cr. 232 (VM)

ORDER

**VICTOR MARRERO, United States District Judge.**

    The status conference currently scheduled for October 1, 2021, is hereby rescheduled to October 29, 2021, at 2:00 p.m.

    Upon consent of the parties, it is hereby ordered that time until October 29, 2021, shall be excluded from speedy trial calculations under the Speedy Trial Act. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    New York, New York
           September 29, 2021

                                            Victor Marrero
                                            U.S.D.J.