```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
UNITED STATES OF AMERICA          :
                                                          :        **ORDER**
               - v. -                             :
                                                          :        21 Cr. 232 (VM)
NANA AGYEMAN,                        :
                                                          :
                Defendant.                  :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Robert W. Lehrburger on October 19, 2021;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

        WHEREAS, upon review of that transcript and the record in this case, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            October 22, 2021

                                                            _____
                                                            Victor Marrero
                                                            U.S.D.J.