**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/3/2022
```

UNITED STATES OF AMERICA,

       -against-

NANA AGYEMAN,

       Defendant.

**21 CR 0232 (VM)**

ORDER

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendant Nana Agyeman currently scheduled for January 21, 2022, is hereby rescheduled to Friday, March 11, 2022, at 3:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           January 3, 2022

                                                       Victor Marrero
                                                         U.S.D.J.