```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       -against-

NANA AGYEMAN,

       Defendant.

**21 CR 0232 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Nana Agyeman currently scheduled for March 11, 2022, is hereby rescheduled to Friday, June 3, 2022, at 10:00 a.m.

**SO ORDERED.**

Dated:    February 18, 2022
            New York, New York

                                              _____
                                                 Victor Marrero
                                                    U.S.D.J.