**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/22
```

UNITED STATES OF AMERICA,

        -against-

NANA AGYEMAN,

        Defendant.

**21 CR 0232 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

The sentencing hearing for defendant Nana Agyeman scheduled for Friday, June 3, 2022, is rescheduled to 9:30 a.m.

**SO ORDERED.**

Dated:    May 31, 2022
             New York, New York

_/s/ Victor Marrero_
Victor Marrero
U.S.D.J.